IN THE DISTRICT COURT IN AND FOR
THE SOUTHERN DISTRICT OF
FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:11-cv-80361

WILLIAM REASOR,

    Plaintiff,

v.

ASSIGNED CREDIT SOLUTIONS, INC.,
a corporation, and CHRIS BRADBURY, an
individual,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of the Southern District of Florida, Plaintiff's Notice of Settlement. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

    Respectfully submitted,
    **WILLIAM REASOR**

    By: s/ Alex Weisberg
    ALEX D. WEISBERG
    FBN: 0566551
    WEISBERG & MEYERS, LLC
    ATTORNEYS FOR PLAINTIFF
    5722 S. Flamingo Road, Ste. 656
    Cooper City, FL 33330
    (954) 212-2184
    (866) 577-0963 fax
    aweisberg@attorneysforconsumers.com

## CERTIFICATE OF FILING

I certify that on July 14th, 2011, I electronically filed the foregoing Motion with the clerk of the U.S. District Court using the electronic case filing system of the court.

## CERTIFICATE OF SERVICE BY MAIL

I, Alex D. Weisberg, certify that a true and correct copy of the foregoing was served upon Assigned Credit Solutions, Inc. and Chris Bradbury at 800 Kings Highway North, Suite 100, Cherry Hill, NJ 08034, and on Mr. Robert Arleo, at 164 Sunset Park Road, Haines Falls, NY, 12436, by depositing the same on July 14th, 2011, in the U.S. Mail in an envelope with first class postage prepaid thereon.

By: s/ Alex Weisberg
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Rd, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com