IN THE DISTRICT COURT IN AND FOR
THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:11-cv-80361

WILLIAM REASOR,

    Plaintiff,

v.

ASSIGNED CREDIT SOLUTIONS, INC.,
a corporation, and CHRIS BRADBURY, an
individual,

    Defendant.
_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff, WILLIAM REASOR, by and through his attorneys, WEISBERG & MEYERS, LLC, and hereby provides notice of his dismissal of the above-captioned matter with prejudice. Plaintiff request that this Court retain jurisdiction over this claim solely for the purpose of enforcing the settlement agreement should either party fail to perform any obligations thereunder.

    ALEX D. WEISBERG
    WEISBERG & MEYERS, LLC
    ATTORNEYS FOR PLAINTIFF
    5722 S. Flamingo Road, Ste. 656
    Cooper City, FL 33330
    (954) 212-2184
    (866) 577-0963 fax

    By: /s/ Alex D. Weisberg
        Alex D. Weisberg, Esq.

## CERTIFICATE OF FILING

I certify that on November 4th, 2011, I electronically filed the foregoing Motion with the clerk of the U.S. District Court using the electronic case filing system of the court.

## CERTIFICATE OF SERVICE BY MAIL

I, Alex D. Weisberg, certify that a true and correct copy of the foregoing was served upon Mr. Brian W. Donnelly, Donnelly Ritigstein Law Offices, 135 Kings Highway East, Suite 105, Haddonfield, NJ 08033 and Mr. Robert Arleo, 164 Sunset Park Road, Haines Falls, NY 12436 by depositing the same on November 4th, 2011, in the U.S. Mail, enclosed in an envelope with first class postage prepaid thereon.

By: s/ Alex Weisberg

ALEX D. WEISBERG
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Road, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com