UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 11-CV-80361-RYSKAMP/VITUNAC

WILLIAM REASOR,

    Plaintiff,

v.

ASSIGNED CREDIT SOLUTIONS, INC.
and CHRIS BRADBURY,

    Defendants.
_____/

## ORDER DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** comes before the Court on Plaintiff's notice of dismissal **[DE 12]** filed on November 4, 2011. Plaintiff has informed the Court that the parties have reached a settlement agreement, and seeks to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that

    (1) This case is **DISMISSED WITH PREJUDICE**;

    (2) Each party shall bear its own fees and costs, except as otherwise agreed by the parties;

    (3) Any pending motions are **DENIED AS MOOT**;

    (4) The Court shall retain jurisdiction over this matter solely for the purpose of enforcing the settlement agreement; and

    (5) The Clerk of Court is directed to **CLOSE THIS CASE**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 8 day of November, 2011.

        /s/ Kenneth L. Ryskamp
        KENNETH L. RYSKAMP
        UNITED STATES DISTRICT JUDGE